AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of West Virginia

**FILED**
**OCT 24 2025**
U.S. DISTRICT COURT- NDWV
MARTINSBURG, WV 25401

| | |
|---|---|
| United States of America<br>v.<br>**BRADLEY A. WILT**<br><br><br>*Defendant(s)* | Case No.<br>3:25-MJ- 153 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 22, 2025__ in the county of __Berkeley__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 924(c)(1)(A) | Possession of Firearm in Furtherance of a Drug Trafficking Crime |
| 21 USC 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute Controlled Substances |
| 18 USC 922(g)(1) and 924(a)(8) | Unlawful Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

LAUREN SCOLL  *Digitally signed by LAUREN SCOLL*
*Date: 2025.10.24 11:12:24 -04'00'*
*Complainant's signature*

SA Lauren Scoll, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/24/2025__

*Judge's signature*

City and state:  __Martinsburg, WV__   Robert W. Trumble, United States Magistrate Judge
*Printed name and title*

1

FILED

OCT 2 4 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.  CASE NO. 3:25MJ153

BRADLEY A. WILT

    Defendant.

## AFFIDAVIT

I, Special Agent Lauren Scoll, being duly sworn, depose and state:

### Introduction

1. I became a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in March 2005. I had a voluntary break in service in 2013 and was reinstated in February 2021. I am currently assigned to the Martinsburg, West Virginia, Field Office and have been tasked with investigating various cases including, but not limited to, violations of federal firearm, explosive, arson, alcohol and tobacco laws. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am a graduate of the Criminal Investigator Training Program and ATF's Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. This included training in the investigative techniques of criminal violations of the Gun Control Act (18 U.S.C. ch. 44). In my capacity as a law enforcement officer, I have investigated individuals for the illegal possession and use of firearms, illegal possession and distribution of controlled substances, and the commission of violent crimes. As a result of my training and experience, I am familiar with violations of Title 18, United States Code, Section

1

922(g)(1) (Possession of Firearm by a Prohibited Person) and Title 18, United States Code, Section 924(c) (Use of a Firearm in Furtherance of a Drug Trafficking Crime).

2.  Because this Affidavit is being submitted for the limited purpose of obtaining a complaint and arrest warrant for Bradley Allen WILT (DOB: 08/07/1981), I have set forth only those facts I believe are necessary to establish probable cause to believe that WILT committed violations of Title 18, United States Code, Section 922(g)(1) (Unlawful Possession of a Firearm); Title 18, United States Code, Section 924(c)(1)(A) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime); and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute Controlled Substances, Including Cocaine Base, Fentanyl, and Methamphetamine) within the Northern District of West Virginia.

3.  On October 22, 2025, at approximately 14:34 hours, investigators were conducting surveillance in the area of the Kings Daughter's Court apartments, located at 116 E. King Street, Martinsburg, West Virginia 25401. Investigators were looking for WILT, who they knew to have an active arrest warrant for Grand Larceny out of Jefferson County Sheriff's Office, West Virginia. Investigators had developed information from several sources that WILT was trafficking narcotics and firearms and that he frequented the Kings Daughter's Court apartments. Investigators located WILT's vehicle, a dark colored Cadillac sedan bearing West Virginia temporary registration 832335, in the parking lot of the apartments. Investigators observed WILT enter the vehicle carrying bags, including a black shoulder bag, and drive away from the area.

4.  Investigators then requested the assistance of the West Virginia State Police who responded to the area. WVSP Trooper Haught located the vehicle and conducted a traffic stop of the vehicle in the area of the 1500 block of Shepherdstown Road, Martinsburg, West Virginia. Trooper Haught identified the driver as WILT, and he was detained.

5. WILT was advised his Miranda Warnings and troopers requested consent to search his vehicle, which WILT declined. Sergeant North utilized narcotics detection K9 Yankee to complete an exterior sniff of WILT's vehicle. K9 Yankee positively indicated on the passenger side door.

6. A search of vehicle was conducted and resulted in the seizure of approximately 241 grams of suspected cocaine base, approximately 282 grams of suspected fentanyl, and approximately 16 grams of suspected methamphetamines. Officers also located inside the vehicle a Smith & Wesson, model M&P Shield, .45 caliber pistol, bearing serial number JBV6236. The firearm was loaded with seven (7) rounds of ammunition. Officers also recovered inside the vehicle a digital scale and packaging material. Due to the amount of controlled substances, the different types of controlled substances, the presence of a loaded firearm, a digital scale, and packaging material, your affiant believes WILT possessed the controlled substances with the intent to distribute them. Further, due to the presence of a loaded firearm within close proximity to a large quantity of controlled substances and other drug distribution items, your affiant believes WILT possessed the firearm in furtherance of a drug trafficking crime, specifically possession with intent to distribute controlled substances. Your affiant knows, based on her training and experience, that drug traffickers use firearms as a "tool of the trade" to protect their controlled substances, protect themselves, protect their drug proceeds, and intimidate others. Further, the Smith & Wesson, model M&P Shield, .45 caliber pistol, bearing serial number JBV6236 was not manufactured in the State of West Virginia; therefore, it traveled in interstate commerce.

7. WILT was placed under arrest and transported to the Martinsburg Detachment where he was interviewed by ATF Resident Agent in Charge ("RAC") Williamson and Drug Enforcement Administration ("DEA") Special Agent Jared Murdoch. RAC Williamson again read

WILT his Miranda Warnings, which he waived and agreed to speak with investigators. WILT admitted to trafficking narcotics and stated he was purchasing approximately a half "kilo" of narcotics from an individual he knows as "Roc" every other day. WILT admitted he carried the Smith & Wesson firearm for his protection while dealing in narcotics. At the conclusion of the interview, WILT was transported by WVSP to the Eastern Regional Jail in Martinsburg, West Virginia.

       8.    I conducted a criminal history records check and determined that WILT has a lengthy criminal history, including approximately ten felony convictions in ten different states. On January 14, 2003, WILT was convicted of Title 18, United States Code, Section 371, Conspiracy to Transport Stolen Property in Interstate Commerce, in the Eastern District of Virginia (Case number 1:02-cr-00450-CMH-1), and sentenced to thirty (30) months incarceration. Therefore, WILT unlawfully possessed the firearm on October 22, 2025.

       9.    Based on the facts above, I believe that WILT, a prohibited person due to his multiple felony convictions, has possessed a firearm and narcotics for distribution in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(c)(1)(A), and 21 U.S.C. § 841(a)(1).

LAUREN SCOLL
Digitally signed by LAUREN SCOLL
Date: 2025.10.24 11:13:51 -04'00'

Special Agent Lauren Scoll
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed to me this 24th day of October, 2025.

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE

4